IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                                                    4:19-CR-00624-01-JM

BRANDON EVERETTE BROWN

### ORDER

Defendant's Motion to Reduce Sentence is (Doc. No. 102) is DENIED.

Applying retroactive guideline Amendment 821 reduces Defendant's criminal history score from 29 to 28. However, his criminal history category remains VI, which means his guideline range has not changed.

Defendant's argument related to *Rehaif v. United States*[1] is also meritless. At the plea hearing, Defendant admitted that he knowingly possessed a firearm and knew it was against the law for him to possess a firearm.[2] Furthermore, the signed plea agreement sets out that Defendant knew that he had been convicted of a felony.[3]

IT IS SO ORDERED this 7th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[1] 139 S. Ct. 2191 (2019).

[2] Doc. No. 35.

[3] Doc. No. 85.