IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                                         4:19-CR-00624-01-JM

BRANDON EVERETTE BROWN

### ORDER

Defendant's Motion for Reconsideration and Motion Challenging the Constitutionality of 18 U.S.C. § 922(g)  (Doc. Nos. 105, 106) are DENIED.

As set out in the November 7, 2023 Order,[1] applying retroactive Guidelines Amendment 821 reduces Defendant's criminal history score from 29 to 28.  However, his criminal history category remains VI, which means his guideline range has not changed.[2]

Additionally, Defendant's plea agreement provides that he "waives the right to have these sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[3]  Because Defendant knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief.[4]

---

[1] Doc. No. 103.

[2] *See* U.S.S.G 1.10 (a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").

[3] Doc. No. 35.

[4] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).

1

Finally, Defendant argues that his § 922(g) conviction is unconstitutional after the United States Supreme Court ruling in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*.[5]  However, "to the extent that the right recognized in *Bruen* is a previously unavailable, new rule of constitutional law, *Bruen* has not been made retroactive to cases on collateral review by the Supreme Court."[6]

IT IS SO ORDERED this 29th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[5] 142 S. Ct. 2111 (2022).

[6] *In re Terry*, No. 22-13615-C, 2022 WL 20033240, at *2 (11th Cir. Nov. 14, 2022).